MICHAEL D. BRUNO (SBN: 166805)
MARIE A. TRIMBLE (SBN: 257891)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
ALUM ROCK UNION ELEMENTARY
SCHOOL DISTRICT, JOSE MANZO,
NORMA MARTINEZ, RICARDO Z. MEDINA,
MARKEETA FIELDS, JENNIFER JACOBSON,
and CYNTHIA CORONA (erroneously named as
MS. CHRIS CORONA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMELIA MCGRAW, individually and as guardian for minor SYLVERIA MCGRAW, and RUDY MCGRAW<br><br>Plaintiff and Petitioners,<br><br>vs.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, JOSE MANZO, NORMA MARTINEZ, RICARDO Z. MEDINA, MARKEETA FIELDS, JENNIFER JACOBSON, MS. CHRIS CORONA, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 08-05483 HRL<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' REQUEST TO BE EXCUSED FROM ATTENDANCE AT ENE SESSION** |

-1-
[PROPOSED] ORDER

On June 1, 2009, defendants requested in writing that the following individuals be excused from attending the ENE session on June 16, 2009: defendant Jose Manzo, defendant Norma Martinez, defendant Ricardo Z. Medina, defendant Cynthia Corona, insurance representative Matthew J. Tucci, and insurance representative Gene Lynch.

After full consideration of the issues presented, the above-mentioned individuals are excused from attending the ENE session on June 16, 2009, *but must be available by phone* **IT IS SO ORDERED.**

Dated: 6-3-09

ADR Magistrate Judge Wayne D. Brazil