**\*\* E-filed December 22, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMELIA MCGRAW, individually and as guardian for minor SYLVERIA MCGRAW, and RUDY MCGRAW,<br><br>    Plaintiffs,<br>  v.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, JOSE MANZO, NORMA MATRINEZ, RICARDO Z. MEDINA, MARKEETA FIELDS, JENNIFER JACOBSON, MS. CHRIS CORONA, and DOES 1–50, inclusive,<br><br>    Defendants.<br>_____/ | No. C08-05483 HRL<br><br>**ORDER (1) GRANTING MOTION TO WITHDRAW AS COUNSEL AND (2) STAYING CASE**<br><br>**[Re: Docket No. 22]** |

      Attorney William C. Dresser moves for an order permitting him to withdraw as plaintiffs' counsel of record. Defendants do not oppose Dresser's withdrawal. The plaintiffs themselves did not submit any papers nor appear at the motion hearing.

      A lawyer in a civil case may not withdraw as the counsel of record until relieved by the court. N.D. Cal. Civ. R. 11-5(a). Under the California Rules of Professional Conduct, a lawyer must withdraw from representing a client where "continued employment will result in violation of these rules or of the State Bar Act," such as when there are unresolved conflicts. Cal. Rules of Prof'l Conduct 3-700(B)(2); 3-310(C). He also may withdraw where the client "renders it

///

1  unreasonably difficult for the [lawyer] to carry out the employment effectively."  Cal. Rules of
2  Prof'l Conduct 3-700(C)(1)(d).
3       Dresser states that there has been an "irreparable breakdown of relations" with plaintiffs.
4  (Dresser Decl. ¶ 3.)  First, he says that plaintiff Romelia McGraw disputes the scope of agreed-upon
5  services, both past and future.  Second, he asserts that Rudy McGraw disputes that Dresser even
6  represents him at all and refuses to respond to communications by phone, mail, and e-mail.  Third,
7  Dresser represents that he warned plaintiffs several times that if they did not resolve conflicts
8  between themselves, or agree to the terms and scope of his representation, he would have to
9  withdraw.  (*Id.* ¶¶ 5–10.)
10      Good cause appearing, Dresser's motion to withdraw is GRANTED.[1]  However, because
11 there has been no simultaneous substitution of counsel nor any clear indication of an intent to
12 proceed pro se, the withdrawal is subject to the condition that papers directed to plaintiffs may
13 continue to be served on Dresser for forwarding purposes unless and until plaintiffs appear by other
14 counsel or pro se.  *See* N.D. Cal. Civ. R. 11-5(b).  Dresser is ordered to serve a copy of this order on
15 plaintiffs and file a proof of service with the court.
16      Furthermore, all existing calendar dates in this case, including the trial date, are vacated, and
17 this action will be stayed through February 22, 2010, at which time the stay will automatically
18 expire.  If plaintiffs obtain new counsel, their new attorney(s) shall promptly enter an appearance
19 and substitute into the matter.  In addition, the parties shall file a joint status report on February 23,
20 2010, which is to include whether plaintiffs have obtained new counsel or intend to proceed pro se,
21 as well as the status of any outstanding discovery issues.  A case management conference is set for
22 March 2, 2010 at 1:30 p.m. to discuss the status of the remaining discovery addressed in this court's
23 April 7, 2009 order and the setting of new dates for dispositive motion hearings, the final pretrial
24 conference, and trial.
25     **IT IS SO ORDERED.**
26 Dated: December 22, 2009
27                                         HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE
28

*(sidebar: United States District Court, For the Northern District of California)*

---

[1] Attorney Richard Swenson, with the Law Offices of William Dresser, is also listed on the docket as plaintiffs' counsel of record.  As Mr. Dresser is withdrawing from the case, Swenson shall also be terminated from the docket.

2

**C08-05483 Notice will be electronically mailed to:**

| | |
|---|---|
| Marie Amelia Trimble | mtrimble@gordonrees.com |
| Mark S. Posard | mposard@gordonrees.com, mzahner@gordonrees.com |
| Michael D. Bruno | mbruno@gordonrees.com |
| Richard Augustus Swenson | rsloofwcd@aol.com |
| William C. Dresser | loofwcd@aol.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3