**\*\* E-filed March 2, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMELIA MCGRAW, individually and as guardian for minor SYLVERIA MCGRAW, and RUDY MCGRAW,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, JOSE MANZO, NORMA MATRINEZ, RICARDO Z. MEDINA, MARKEETA FIELDS, JENNIFER JACOBSON, MS. CHRIS CORONA, and DOES 1–50, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C08-05483 HRL<br><br>**ORDER CONTINUING CASE MANGEMENT CONFERENCE**<br><br>**[Re: Docket No. 30]** |

Defendants advise the court that the parties have agreed to settle this case. Accordingly, they seek a thirty-day continuance of the case management conference so the parties may negotiate the terms of a settlement. Good cause appearing, the case management conference currently set for March 2, 2010 is continued to **April 6, 2010 at 1:30 p.m.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113. The parties shall file an updated joint case management statement by **March 27, 2010.**

Dated: March 2, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**C 08-05483** N**otice will be electronically mailed to:**

| | |
|---|---|
| Marie Amelia Trimble | mtrimble@gordonrees.com |
| Mark S. Posard | mposard@gordonrees.com, mzahner@gordonrees.com |
| Michael D. Bruno | mbruno@gordonrees.com |

**Notice will be sent by other means to:**

Romelia McGraw
1710 Cathay Drive
San Jose, CA 95122

Rudy McGraw
1710 Cathay Dr.
San Jose, CA 95122

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2