MICHAEL D. BRUNO (SBN: 166805)
MARIE A. TRIMBLE (SBN: 257891)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, JOSE MANZO, NORMA MARTINEZ, RICARDO Z. MEDINA, MARKEETA FIELDS, JENNIFER JACOBSON, and CYNTHIA CORONA (erroneously named as MS. CHRIS CORONA)

ROMELIA MCGRAW, individually and as guardian for minor SYLVERIA MCGRAW, and RUDY MCGRAW
Proceeding *Pro Se*

** E-filed March 17, 2010 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMELIA MCGRAW, individually and as guardian for minor SYLVERIA MCGRAW, and RUDY MCGRAW,<br><br>Plaintiff and Petitioners,<br><br>vs.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, JOSE MANZO, NORMA MARTINEZ, RICARDO Z. MEDINA, MARKEETA FIELDS, JENNIFER JACOBSON, MS. CHRIS CORONA, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 08-05483 HRL<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE BASED ON STIPULATION OF PARTIES |

-1-
[PROPOSED] ORDER

Pursuant to the Parties' Stipulation for Dismissal With Prejudice (attached hereto as Exhibit A), this action is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: March 17, 2010

_____
Honorable Magistrate Judge Howard Lloyd

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

# Exhibit A

```
 1  MICHAEL D. BRUNO (SBN: 166805)
    MARIE A. TRIMBLE (SBN: 257891)
 2  GORDON & REES LLP
    275 Battery Street, Suite 2000
 3  San Francisco, CA 94111
    Telephone: (415) 986-5900
 4  Facsimile: (415) 986-8054

 5  Attorneys for Defendants
    ALUM ROCK UNION ELEMENTARY
 6  SCHOOL DISTRICT, JOSE MANZO,
    NORMA MARTINEZ, RICARDO Z. MEDINA,
 7  MARKEETA FIELDS, JENNIFER JACOBSON,
    and CYNTHIA CORONA (erroneously named as
 8  MS. CHRIS CORONA)

 9  ROMELIA MCGRAW, individually and as
    guardian for minor SYLVERIA MCGRAW,
10  and RUDY MCGRAW
    Proceeding Pro Se
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROMELIA MCGRAW, individually and as guardian for minor SYLVERIA MCGRAW, and RUDY MCGRAW<br><br>Plaintiff and Petitioners,<br><br>vs.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, JOSE MANZO, NORMA MARTINEZ, RICARDO Z. MEDINA, MARKEETA FIELDS, JENNIFER JACOBSON, MS. CHRIS CORONA, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 08-05483 HRL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs ROMELIA
2  MCGRAW, individually and as guardian for minor SYLVERIA MCGRAW, and RUDY
3  MCGRAW ("Plaintiffs"), and Defendants ALUM ROCK UNION ELEMENTARY, SCHOOL
4  DISTRICT, JOSE MANZO, NORMA MARTINEZ, RICARDO Z. MEDINA, MARKEETA
5  FIELDS, JENNIFER JACOBSON, and CYNTHIA CORONA ("Defendants") (referred to
6  collectively as the "Parties") jointly submit the following Stipulation for Dismissal with
7  Prejudice:
8  WHEREAS Plaintiffs have entered into a confidential agreement setting forth the terms
9  and conditions of settlement.
10  IT IS HEREBY STIPULATED by and between the Parties, by and through their counsel,
11  that this action is hereby dismissed with prejudice in its entirety. Each Party shall bear its own
12  costs and fees.

Dated: March ___, 2010          By: /s/ Rudy McGraw
                                    Rudy McGraw

Dated: March ___, 2010          By: /s/ Romelia McGraw
                                    Romelia McGraw, individually

Dated: March ___, 2010          By: /s/ Romelia McGraw
                                    Romelia McGraw, as guardian for
                                    Sylveria McGraw

Dated: March ___, 2010          GORDON & REES, LLP

                                By: /s/ Marie A. Trimble
                                    Marie A. Trimble
                                    Attorneys For Defendants
                                    ALUM ROCK UNION ELEMENTARY
                                    SCHOOL DISTRICT, JOSE MANZO,
                                    NORMA MARTINEZ, RICARDO Z.
                                    MEDINA, MARKEETA FIELDS,
                                    JENNIFER JACOBSON, and CYNTHIA
                                    CORONA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111